**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-22177-CIV-MORENO

USAMA EL ABAIDY,

    Plaintiff,

vs.

TOM RIDGE, Secretary, United States Department of Homeland Security, EDUARDO AGUIRRE, Director, United States Bureau of Citizenship and Immigration Services, and JACK BULGER, District Director, Miami District, United States Bureau of Citizenship and Immigration Services,

    Defendants.
_____/



## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, FINAL ORDER OF DISMISSAL, AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the Defendant's Motion to Dismiss **(D.E. No. 21)**, filed on **February 2, 2005**, and the Plaintiff's Motion of No Opposition to Defendant's Motion to Dismiss **(D.E. No. 22)**, filed on **February 17, 2005**.

The Plaintiff's mandamus action to compel adjudication of the Plaintiff's application for adjustment of status is moot because the USCIS denied the Plaintiff's application on February 3, 2005. Further, given that the Plaintiff has the right to appeal the denial to the Administrative Appeals Unit, Plaintiff is not entitled to mandamus because he has not exhausted his administrative remedies. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion to Dismiss is GRANTED. This action is

DISMISSED, and all pending motions in this case are DENIED as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February, 2005.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Mazen M. Sukkar, Esq.
**SUKKAR, AREVALO & ASSOCIATES**
2432 Hollywood Boulevard
Hollywood, Florida 33020

Milton Aponte, Esq.
AUSA